**Order entered February 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00034-CV

### JAMES LERMON, Appellant

### V.

### MINYARD FOOD STORES, INC. AND RODNEY LEE, Appellees

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-02955-A**

## ORDER

We **GRANT** appellees' February 5, 2013 Objection to Mediation Order. We **VACATE**

our January 28, 2013 mediation order.

/s/     MARY MURPHY
        JUSTICE